UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUN JAE LEE, et al., <br><br> Plaintiffs, <br><br> — against — <br><br> THE KOREA CENTRAL DAILY NEWS, INC. doing business as THE KOREA DAILY NEW YORK, et al., <br><br> Defendants. | **2018-cv-3799 (ARR)** <br><br> **Opinion & Order** <br><br> **Not for electronic or print publication** |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated October 18, 2021, from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiffs' motion to amend is denied, and defendants' motion to add counterclaims is granted as to the proposed counterclaim for breach of fiduciary duty and denied as to the proposed counterclaims for theft of confidential information and breach of confidentiality and nondisclosure agreement.

SO ORDERED.

/s/
Allyne R. Ross
United States District Judge

Dated:    November 2, 2021
          Brooklyn, New York