UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YUN JAE LEE, MOON SUNG KIM and
JUNG PYO HONG, DO HEE RYU
on behalf of themselves and other Plaintiffs similarly
situated,

                              Plaintiffs,

Case No.: 18-cv-3799

**JUDGMENT**
~~[proposed]~~

-against-

THE KOREA CENTRAL DAILY NEWS, INC.,
d/b/a THE KOREA DAILY NEW YOK AND
JOONG-ANG DAILY NEWS CALIFORNIA, INC.

                              Defendants.
------------------------------------------------------------------x

On October 19, 2022, each Plaintiff in this Action filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

-that Plaintiff Yun Jae Lee has judgment against the Defendants The Korea Central Daily News, Inc., d/b/a The Korea Daily New York, Joong-Ang Daily News of California, Inc. (collectively "Defendants") jointly and severally, in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00) which is inclusive of interest, his attorneys' fees and costs.

-that Plaintiff Moon Sung Kim has judgment against the Defendants The Korea Central Daily News, Inc., d/b/a The Korea Daily New York, Joong-Ang Daily News of California, Inc. (collectively "Defendants") jointly and severally, in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00) which is inclusive of interest, his attorneys' fees and costs.

-that Plaintiff Jung Pyo Hong has judgment against the Defendants The Korea Central Daily News, Inc., d/b/a The Korea Daily New York, Joong-Ang Daily News of California, Inc. (collectively "Defendants") jointly and severally, in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00) which is inclusive of interest, his attorneys' fees and costs.

-that Plaintiff Do Hee Ryu has judgment against the Defendants The Korea Central Daily News, Inc., d/b/a The Korea Daily New York, Joong-Ang Daily News of California, Inc. (collectively "Defendants") jointly and severally, in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00) which is inclusive of interest, his attorneys' fees and costs.



    -that Plaintiff Soo Lim Jang has judgment against the Defendants The Korea Central Daily News, Inc., d/b/a The Korea Daily New York, Joong-Ang Daily News of California, Inc. (collectively "Defendants") jointly and severally, in the amount of Five Thousand Dollars and Zero Cents ($5,000.00) which is inclusive of interest, her attorneys' fees and costs.

Dated: October 20, 2022          SO ORDERED,

/s/(ARR)
_____
U.S.D.J